AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Muse Abdikadir Muse, a/k/a Ali Almuhajir,<br>Mohamed Salat Haji, a/k/a Salamujahid Almuhajir, &<br>Mohamud Abdikadir Muse,<br>a/k/a Abu Osama Almuhajir<br>*Defendant(s)* | Case No.<br>1:19-MJ-24 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/30/18 to 1/21/19__ in the county of __Ingham and elsewhere__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Conspiring to provide material support or resources to a designated foreign terrorist organization; to wit: ISIS. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Peter Jolliffe, Special Agent FBI
Printed name and title

**Sworn over the telephone and recorded**
~~Sworn to before me and signed in my presence.~~

Date: __11:24 AM, Jan 21, 2019__

_____
Judge's signature

City and state: __Grand Rapids, Michigan__

Phillip J. Green, U.S. Magistrate Judge
Printed name and title