UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No. 1:19-CR-25-GJQ

v.

INDICTMENT
**PENALTY SHEET**

MUSE ABDIKADIR MUSE,
   a/k/a ALI ALMUHAJIR,
MOHAMED SALAT HAJI,
   a/k/a SALAMUJAHID ALMUHAJIR, and
MOHAMUD ABDIKADIR MUSE,
   a/k/a ABU OSAMA ALMUHAJIR,

        Defendants.
_____/

**MUSE ABDIKADIR MUSE**

**COUNT 1 – CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B)**

**Penalty:** Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**COUNT 2 – MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B; 2)**

**Penalty:** Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Forfeiture Allegation-Counts 1 and 2**

**COUNT 3 – FALSE STATEMENT IN PASSPORT APPLICATION (18:1542)**

**Penalty:**  Not more than 10 years imprisonment and $250,000 fine. [18:1542]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**MOHAMED SALAT HAJI**

**COUNT 1 – CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B)**

**Penalty:**  Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**COUNT 2 – MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B; 2)**

**Penalty:**  Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Forfeiture Allegation-Counts 1 and 2**

**MOHAMUD ABDIKADIR MUSE**

**COUNT 1 – CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B)**

**Penalty:**  Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**COUNT 2 – MATERIAL SUPPORT TO A DESIGNATED FOREIGN TERRORIST ORGANIZATION (18:2339B; 2)**

**Penalty:**  Not more than 20 years imprisonment and $250,000 fine. [18:2339B(a)(1)]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Forfeiture Allegation-Counts 1 and 2**


Date:  January 29, 2019               /s/ Clay M. West
                                      Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046