UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 1:19–cr–00025–GJQ

v.                              Hon. Gordon J. Quist

MUSE ABDIKADIR MUSE,
MOHAMED SALAT HAJI,
MOHAMUD ABDIKADIR MUSE,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Arraignment
Date/Time:           January 31, 2019   02:00 PM
Magistrate Judge:   Phillip J. Green
Place/Location:      601 Federal Building, Grand Rapids, MI

*And Initial Pretrial Conference*

                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge

Dated:  January 31, 2019        By:    /s/ Angie L. Doezema
                                                     Courtroom Deputy