UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
MINUTES

| Case Number | Date | Time | Judge |
| --- | --- | --- | --- |
| 1:19-cr-00025-GJQ | 1/31/2019 | 2:01 - 2:13 PM | Phillip J. Green |

CASE CAPTION

| USA v. Muse et al |
| --- |

APPEARANCES

| Attorney: | Representing: |
| --- | --- |
| Clay M. West and Christopher M. O'Connor | Plaintiff |
| Sharon A. Turek and James Stevenson Fisher | Defendant Muse Abdikadir Muse |
| Mary Chartier-Mittendorf | Defendant Mohamed Salat Haji |
| Richard E. Zambon | Defendant Mohamud Abdikadir Muse |

PROCEEDINGS

NATURE OF HEARING:

In Chambers Conference held.

Proceedings NOT Digitally Recorded
Deputy Clerk: A. Doezema