UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                        Case No. 19-cr-00025
                        Hon. GORDON J. QUIST

vs.

MUSE ABDIKADIR MUSE,

      Defendant.
_____/

CLAY M. WEST
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: Clay.M.West@usdoj.gov

CHRISTOPHER M. O'CONNOR
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: Christopher.OConnor@usdoj.gov

SHARON A. TUREK
Federal Public Defender (Grand Rapids)
Assigned Counsel on behalf of
      MUST ABDIKADIR MUSE
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: sharon_turek@fd.org

1

SANFORD A. SCHULMAN
Substituting Lead Attorney for Defendant:
    MUSE ABDIKADIR MUSE
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net

SOLOMON RADNER
Substituting Co-Counsel for Defendant
    MUSE ABDIKADIR MUSE
26700 Lahser Rd; Ste 400
Southfield, MI 48033
248-291-9712
866-571-1020 (fax)
solomonradner@gmail.com
_____/

## CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL
## ON BEHALF OF MUSE ABDIKADIR MUSE

NOW COMES the Defendant, MUSE ABDIKADIR MUSE, and counsel, and hereby consent to the substitution of SANFORD A. SCHULMAN as lead counsel and SOLOMON RADNER as co-counsel in the place and stead of assigned counsel, SHARON A. TUREK on behalf of the defendant, MUSE ABDIKAR MUSE, in reference to the captioned matter.

I consent to the above substitution:

X  *Muse Muse*
MUSE ABDIKADIR MUSE
Date:

I consent to being substituted:

/s/ sign w/permission Sharon A. Turek
SHARON A. TUREK
Federal Public Defender (Grand Rapids)
Assigned Counsel on behalf of
    MUST ABDIKADIR MUSE
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: sharon_turek@fd.org
Date:

I consent to the above substitution:

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Substituting Lead Attorney for Defendant:
    MUSE ABDIKADIR MUSE
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
Date:

I consent to the above substitution:

/s/ w/consent Solomon Radner
SOLOMON RADNER
Substituting Co-Counsel for Defendant
MUSE ABDIKADIR MUSE
26700 Lahser Rd; Ste 400
Southfield, MI 48033
248-291-9712
866-571-1020 (fax)
solomonradner@gmail.com
Date:

                              _____
                              Hon. Gordon J. Quist
                              Federal District Court Judge, Western District of Michigan