UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**CRIMINAL CASE:   MINUTE SHEET**

Case No.     1:19:CR:25
Date:        May 2, 2019
Time:        2:10 - 2:45 PM
Place:       Grand Rapids, Michigan
Judge:       Hon. Gordon J. Quist

*UNITED STATES OF AMERICA*
*v.*
*MUSE A. MUSE, MOHAMED S. HAJI, MOHAMUD A. MUSE*

COUNSEL:   Government:   Christopher M. O'Connor

Defendant Muse A. Muse:      Sanford A. Schulman (retained)

Defendant Mohamed S. Haji:   Mary Chartier-Mittendorf (appointed)

Defendant Mohamud A. Muse:   James K. Champion (retained)

**NATURE OF PROCEEDINGS:**

Status Conference.

Court Reporter:  G. Trexler                                  Courtroom Clerk: J. Tepper