UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,               Case No. 1:19–cr–25

v.                        Hon. Gordon J. Quist

MUSE ABDIKADIR MUSE,

       Defendant.

_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:          January 7, 2020   03:00 PM
Judge:              Gordon J. Quist
Place/Location:      499 Federal Building, Grand Rapids, MI

Dated:  January 3, 2020      By:   /s/_____