UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

PLEA MINUTES

Case No.:            1:19:CR:25-01
Date and Time:       January 7, 2020, 3:00 PM - 3:35 PM
Place:               Grand Rapids, Michigan
Judge:               Hon. Gordon J. Quist

# UNITED STATES OF AMERICA v. MUSE ABDIKADIR MUSE

COUNSEL:        Government: Clay M. West; Christopher O'Connor

                Defendant: Solomon Radner

PLEA:           Guilty to Count One of the Indictment

                Counts Two and Three to be dismissed at the time of sentencing

                Plea accepted and defendant is adjudicated guilty

                The Court defers acceptance of the plea agreement pursuant to Rule 11(c)3(A)

REMANDED:       Yes

SENTENCING REPORT ORDERED:    Yes

SENTENCE DATE:   April 22, 2020 at 11:00 AM

ADDITIONAL:    Defendant sworn

Court Reporter/Recorder: Glenda Trexler                Courtroom Clerk:  J. Shapiro