United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 1

MY NAME IS MUSE MUSE, I LIVE IN LANSING MICHIGAN, BUT I WAS BORN IN A SOMALI REFUGEE CAMP IN KENYA. MY PARENTS CAME TO THE UNITED STATES IN 2003.

WHEN I WAS IN HIGH SCHOOL I BEGAN RESEARCHING ISIS, OR DAWLA. ABOUT THREE MONTHS AGO I BEGAN TALKING TO AN ISIS RECRUITER. I WANTED TO JOIN ISIS IN SOMALIA SO I WOULDN'T HAVE TO DO AN ATTACK IN THE UNITED STATES. I WOULD RATHER LIVE WITH ISIS IN SOMALIA THAN IN THE UNITED STATES BECAUSE OF MY BELIEFS.

I UNDERSTAND THAT ISIS IS A TERRORIST ORGANIZATION, ACCORDING TO THE U.S. GOVERNMENT. I BELIEVE ISIS DOES NOT KILL, INJURE, MAIM, OR KIDNAP INNOCENT PEOPLE.

I WAS ARRESTED TODAY AT THE AIRPORT. I WAS GOING TO JOIN ISIS OR LIVE IN SOMALIA.

GOVERNMENT EXHIBIT
Sent. Ex.1
1:19-CR-00025-1-RJJ

I HAVE ASKED SPECIAL AGENT
SOUTHARD of THE FBI, TO HELP
ME WRITE THIS STATEMENT BECAUSE
I DO NOT WRITE WELL WITH
A PEN.

THANK YOU.

Muse Muse
Muse Muse
01-21-19

# United States v. Muse Muse

# 1:19-CR-00025-1

# Sentencing Exhibit 2

**Photo Id:**

1621116344617236

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 19:01:19 UTC
**Body** That's the thing I want u to print out

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 19:00:38 UTC
**Body** ?

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 19:00:35 UTC
**Body** Alright my question was can you print out a paper from L.C.C for me and are u even there

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-07 18:59:04 UTC
**Body** Imma be there by 2:40 inshaallah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 18:58:39 UTC
**Body** If ur there

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 18:58:30 UTC
**Body** Hey Musa can you print out a paper from L.C.C for me

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-07 18:58:23 UTC
**Body** As alaykum salam

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-07 18:58:06 UTC
**Body** ASALAMU ALYKUM

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-02 19:20:37 UTC
**Body** Alright

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-02 18:54:41 UTC
**Body** Yeahh I'm going there now

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-02 18:50:24 UTC
**Body** Bro you at home??

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2017-11-01 14:20:27 UTC
**Body** That's true bro your right

**Author** Muse Muse (100005073430379)
**Sent** 2017-11-01 14:20:04 UTC

GOVERNMENT
EXHIBIT

Sent. Ex.2

1:19-CR-00025-1-RJJ

**Body**     You have spoken the truth,  just wait on the opportunity. It will present itself if we are truthful. But know right it's gonna require some type of sacrifice

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:19:37 UTC
**Body**   Sometimes we need to think for our self

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:19:01 UTC
**Body**   We can't live here I'm trynna plan for hijjra now

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:18:39 UTC
**Body**   You can't live among ppl who always lie and always threatening

**Author**  Muse Muse (100005073430379)
**Sent**   2017-11-01 14:18:05 UTC
**Body**   Haqq

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:18:04 UTC
**Body**   This place is dangerous bro

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:17:50 UTC
**Body**   This a call for hijjra

**Author**  Muse Muse (100005073430379)
**Sent**   2017-11-01 14:17:31 UTC
**Body**   What you already went to the store or just gonna fast those two days

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:16:52 UTC
**Body**   Yeahh I'm ready inshAllah

**Author**  Muse Muse (100005073430379)
**Sent**   2017-11-01 14:15:48 UTC
**Body**   If this down at wake the people up nothing will

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:14:57 UTC
**Body**   Real civil war

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:14:45 UTC
**Body**   But we will find out

**Author**  Muse Muse (100005073430379)
**Sent**   2017-11-01 14:14:37 UTC
**Body**   But could just be talk

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**   2017-11-01 14:14:35 UTC
**Body**   Yeahh

**Author**  Muse Muse (100005073430379)

**Sent**       2017-11-01 14:14:28 UTC
**Body**       Sounds big

**Author**     Ibrahim Mohamed Salat (100001566575469)
**Sent**       2017-11-01 14:14:21 UTC
**Body**       They government don't even give a fuck

**Author**     Ibrahim Mohamed Salat (100001566575469)
**Sent**       2017-11-01 14:14:05 UTC
**Body**       Yeahh

**Author**     Muse Muse (100005073430379)
**Sent**       2017-11-01 14:03:14 UTC
**Body**       I first we will find out imma few days

**Author**     Ibrahim Mohamed Salat (100001566575469)
**Sent**       2017-11-01 13:36:52 UTC
**Body**       If this is true, then we are in big time trouble. I had 2 send you
               this. LISTEN UP PEOPLE
**Share**      **Date Created**  2017-11-01 13:36:52 UTC
               **Link**  https://www.facebook.com/nelly.lie.5836/posts/1
                         615247685204102
               **Text**
               **Url**   /shantelle.mcbride.5/videos/701163426748795/

**Author**     Ibrahim Mohamed Salat (100001566575469)
**Sent**       2017-11-01 00:45:18 UTC
**Body**       I saw it and becareful

**Author**     Muse Muse (100005073430379)
**Sent**       2017-11-01 00:43:43 UTC
**Body**       Alhumdulillah

**Author**     Ibrahim Mohamed Salat (100001566575469)
**Sent**       2017-11-01 00:43:27 UTC
**Body**       Wow

**Author**     Muse Muse (100005073430379)
**Sent**       2017-11-01 00:42:35 UTC
**IP**         2607:fb90:a0b5:ffac:0:1b:8b11:5a01
**Body**
**Attachments** image-865888953590211 (865888953590211)
               **Type**  image/jpeg
               **URL**   https://attachment.fbsbx.com/messaging_attach
                         ment.php?aid=865888953590211&mid=mid.%2
                         4cAAAAB1M67AZlpkzrplfdQeCa88dE&uid=1000
                         05073430379&accid=100005073430379&previ
                         ew=0&hash=AQBeOupaxCERkR_NstaOFDwCrTv
                         Ey1YWIqG25-kGZn_s6Q



United States v. Muse Muse

1:19-CR-00025-1


Sentencing Exhibit 3

**Sent** 2018-02-03 03:15:20 UTC
**Body** Bro can i combine maghrib with aisha even if I'm not traveling

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:33:17 UTC
**Body** Hijra

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:33:11 UTC
**Body** Out of here

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:33:05 UTC
**Body** Yeah not here bro

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:32:54 UTC
**Body** There's to much dunya in this land

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:32:24 UTC
**Body** To me it will work inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:32:04 UTC
**Body** Not at

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:31:59 UTC
**Body** Real

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:31:49 UTC
**Body** Fore

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:31:47 UTC
**Body** Getting your own jund is gonna be risky

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:31:46 UTC
**Body** Yeahh

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:31:19 UTC
**Body** Kno that dawah is a very difficult path

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:31:07 UTC
**Body** Slowly

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:30:54 UTC
**Body**
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach

GOVERNMENT
EXHIBIT
**Sent. Ex.3**
1:19-CR-00025-1-RJJ

ment.php?aid=369239263222822&mid=mid.%2
4cAAAAB1M67AZnhB77nlhUtmtyRt7M&uid=100
005073430379&accid=100005073430379&prev
iew=0&hash=AQA6MxsmS9pm728Edng5wZWV
BlANOpSmPC07dm8MIE0Xuw



**Photo Id:** 369239263222822

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:30:47 UTC
**Body** Inshaallah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:30:46 UTC
**Body** inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:30:32 UTC
**Body** Or I'll make my own

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:30:07 UTC
**Body** If not inshaAllah Allah will give my own Jund

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:27:56 UTC
**Body** inshaAllah 100%

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:26:52 UTC
**Body** Little by little bro and soon will be in dawlah

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:25:14 UTC
**Body** Yes alhumdulillah , now all I really is to start driving

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:24:04 UTC
**Body** Yeah Allah made it easy for you  thanks to Allah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:23:23 UTC
**Body** Ohh that's good bro Alhamdulilah

**Author** Muse Muse (100005073430379)
**Sent** 2018-02-01 19:22:27 UTC
**Body** Tonight

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-01 19:19:10 UTC
**Body** So when are you starting

United States v. Muse Muse

1:19-CR-00025-1


Sentencing Exhibit 4

**Photo Id:**

1735918333137036

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:25:03 UTC
**Body** That's the haqq

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:24:17 UTC
**Body** But Allah is wit us they will try and still fail layer on Allah is with the paitence once

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:54 UTC
**Body** They don't understand it's baqiyah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:42 UTC
**Body** They have been trying to destroy them for too years now

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:23:31 UTC
**Body** Right

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:23:22 UTC
**Body** The want to make headquarters in al shabab territory

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:23:07 UTC
**Body** Trynna destroy the wilayah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:22:43 UTC
**Body** Yeah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:36 UTC
**Body** In somalia

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:22:32 UTC
**Body** Yeah the kuffar media Kia too much

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:30 UTC
**Body** I heard kuffarr

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:22:04 UTC
**Body** But Alhamdulilah they still opening new wilayahs out there stretching

**Author** Muse Muse (100005073430379)



GOVERNMENT
EXHIBIT

Sent. Ex.4

1:19-CR-00025-1-RJJ

PENGAD 800-631-6989

**Sent**

    2018-03-01 13:21:23 UTC

**Body** The kuffar are persistent on their kufr and we are persistent on our iman

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:21:19 UTC
**Body** Seen them

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:20:52 UTC
**Body** They had new vids

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:20:19 UTC
**Body** Same here

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:20:05 UTC
**Body** Alhamdulilah still..  I'm supporting the state

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:19:28 UTC
**Body** How are things

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-01 13:19:19 UTC
**Body** Wa alaykum salaam akhi

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-01 13:17:51 UTC
**Body** Asalamu Alykum akhi

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-02-19 04:01:28 UTC
**Body**
**Attachments** image-1724536937608509 (1724536937608509)

        **Type** image/jpeg
        **URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=1724536937608509&mid=mid.% 24cAAAAB1M67AZn3X6I-FhrDk3LXzn3&uid=100 005073430379&accid=100005073430379&prev iew=0&hash=AQAm6pDO59wKLavkr0Pfw4IQSYi NHEtVBVXq-La6kC9sng

# United States v. Muse Muse

# 1:19-CR-00025-1

# Sentencing Exhibit 5

| 3904 | Inbox | From | 3/21/2018 15:03(UTC+0) | Network: 3/21/2018 15:03(UTC+0) | | | |
| | | Direction: Incoming | | | | | |
| 3905 | Sent | To | 3/21/2018 15:03(UTC+0) | | | Sent | The hell do you think |
| | | Direction: Outgoing | | | | | |
| 3906 | Inbox | From | 3/21/2018 15:03(UTC+0) | Network: 3/21/2018 15:03(UTC+0) | +140547200 55 | Read | & what are you gonna do when you get there? |
| | | Direction: Incoming | | | | | |
| 3907 | Sent | o | 3/21/2018 15:02(UTC+0) | | | Sent | Yes I'm going to Somalia inshaallah |
| | | Direction: Outgoing | | | | | |
| 3908 | Inbox | From | 3/21/2018 15:02(UTC+0) | Network: 3/21/2018 15:02(UTC+0) | +140547200 55 | Read | You're a terrorist? |
| | | Direction: Incoming | | | | | |
| 3909 | Sent | To | 3/21/2018 15:02(UTC+0) | | | Sent | Your to young you don't understand |
| | | Direction: Outgoing | | | | | |
| 3910 | Sent | | 3/21/2018 15:02(UTC+0) | | | Sent | I'm a terrorist foo I'm nmot going to live there |
| | | Direction: Outgoing | | | | | |
| 3911 | Inbox | From | 3/21/2018 15:01(UTC+0) | Network: 3/21/2018 15:01(UTC+0) | +140547200 55 | Read | Why do you wanna go there? & you're gonna need more than that if you plan to live there |
| | | Direction: Incoming | | | | | |
| 3912 | Sent | o | 3/21/2018 15:01(UTC+0) | | | Sent | Pops is already preparing a house there and I have to be there prior to him |
| | | Direction: Outgoing | | | | | |
| 3913 | Sent | To | 3/21/2018 15:00(UTC+0) | | | Sent | Inshaallah in 2 years I'll be gone pray for me little bro once I learn how to drive that's the goal |
| | | Direction: Outgoing | | | | | |
| 3914 | Inbox | From | 3/21/2018 15:00(UTC+0) | Network: 3/21/2018 15:00(UTC+0) | +140547200 55 | Read | Thats where you wanna go? |
| | | Direction: Incoming | | | | | |
| 3915 | Sent | To | 3/21/2018 15:00(UTC+0) | | | Sent | It's ONLY 2000 TO FLY TO east africa |
| | | Direction: Outgoing | | | | | |
| 3916 | Inbox | From | 3/21/2018 14:59(UTC+0) | Network: 3/21/2018 14:59(UTC+0) | +140547200 55 | Read | What's that? |
| | | Direction: Incoming | | | | | |
| 3917 | Sent | To | 3/21/2018 14:59(UTC+0) | | | Sent | I just got some interesting information |
| | | Direction: Outgoing | | | | | |
| 3918 | Inbox | From | 3/21/2018 14:58(UTC+0) | Network: 3/21/2018 14:58(UTC+0) | +140547200 55 | Read | Shut the hell up |
| | | Direction: Incoming | | | | | |
| 3919 | Sent | | 3/21/2018 14:58(UTC+0) | | | Sent | This getting paid weekly shit is awesome |
| | | Direction: Outgoing | | | | | |
| 3920 | Inbox | From | 3/21/2018 14:58(UTC+0) | Network: 3/21/2018 14:58(UTC+0) | +140547200 55 | Read | Yea, time flies |
| | | Direction: Incoming | | | | | |
| 3921 | Sent | To | 3/21/2018 14:58(UTC+0) | | | Sent | And damn it's already been 2 weeks |
| | | Direction: Outgoing | | | | | |
| 3922 | Inbox | o | 3/21/2018 14:57(UTC+0) | Network: 3/21/2018 14:57(UTC+0) | +140547200 55 | Read | 11:30 but I get there early like 11:15 |
| | | Direction: Incoming | | | | | |
| 3923 | Sent | To | 3/21/2018 14:57(UTC+0) | | | Sent | What time do you get into work |
| | | Direction: Outgoing | | | | | |
| 3924 | Inbox | From | 3/21/2018 14:56(UTC+0) | Network: 3/21/2018 14:56(UTC+0) | +140547200 55 | Read | It would be easier for me to email it |
| | | Direction: Incoming | | | | | |
| 3925 | Inbox | From | 3/21/2018 14:56(UTC+0) | Network: 3/21/2018 14:56(UTC+0) | +140547200 55 | Read | gonna be my account |
| | | Direction: Incoming | | | | | |

GOVERNMENT EXHIBIT

Sent. Ex.5

1:19-CR-00025-1-RJJ

PENGAD 800-631-6989

United States v. Muse Muse

1:19-CR-00025-1


Sentencing Exhibit 6

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 02:02:10 UTC
**Body** inshaAllah

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 02:01:56 UTC
**Body** Qaribab qariba

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 02:01:45 UTC
**Body** Hahaha inshaallah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:59:03 UTC
**Body** inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:58:54 UTC
**Body** That will be in Dowla

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:58:21 UTC
**Body** Yeahh next time I want to catch kufaar and do my jihad training on them

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 01:57:03 UTC
**Body** Alhumdulillah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:56:35 UTC
**Body** Yes it was fun playing those nasheed

**Author** Muse Muse (100005073430379)
**Sent** 2018-03-28 01:55:57 UTC
**Body** Mashallah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:31:37 UTC
**Body**
**Attachments** video-1522200696.mp4 (1765668053495397)
**Type** video/mp4
**Size** 6614404
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1765668053495397&mid=mid.%
24cAAAAB1M67AZom4Che1iajtW-zvvQ&uid=10
0005073430379&accid=100005073430379&pre
view=0&hash=AQCDl6yFnt4Jox2pzyWzs8bexhO
OIYWBRjxLCD56mpB9JA

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-03-28 01:30:59 UTC
**Body**
**Attachments** video-1522200658.mp4 (1765667470162122)
**Type** video/mp4
**Size** 2937005
**URL** https://attachment.fbsbx.com/messaging_attach

GOVERNMENT
EXHIBIT

**Sent. Ex.6**

1:19-CR-00025-1-RJJ

ment.php?aid=1765667470162122&mid=mid.%
24cAAAAB1M67AZom4AOKViajqa9S7Kb&uid=10
0005073430379&accid=100005073430379&pre
view=0&hash=AQCDIOHWjB9wN63SSzD01wCU
UOj79W9R7j2DBr_xvxYUCw

| | |
|---|---|
| **Author** | Ibrahim Mohamed Salat (100001566575469) |
| **Sent** | 2018-03-28 01:30:25 UTC |
| **Body** | |
| **Attachments** | image-1765667203495482 (1765667203495482) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging_attach ment.php?aid=1765667203495482&mid=mid.% 24cAAAAB1M67AZom3-K4liajo25mjed&uid=100 005073430379&accid=100005073430379&prev iew=0&hash=AQBU-Tjp0MeN- gmQxiprRCD1xNKg3qvomKHnu_Wo7lXifw |



United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 7

good too

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-07 16:22:23 UTC
**Body** How are you and the Family bro

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-05-07 16:21:52 UTC
**Body** ASALAMU ALYKUM akhii

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-29 14:43:27 UTC
**Body** Amiin inshaAllah

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-29 14:34:55 UTC
**Body** Wa alaykum salaam akhi , your absolutely right, seeing those
heads getting cut off heals the hearts wallahi and makes me want
to be with them more may allah make us steadfast upon this
manhaj  until  we are in the ranks of the Khilafah and until we die

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-29 14:27:53 UTC
**Body** Asalamu Alykum akhii I saw them dowla videos are very hot and
and alhamdulillah we need more of those very agrassive and
makes you want to be in them and getting victory inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-28 18:03:40 UTC
**Body** Wallahi I'm at work now I will enjoy it later inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-28 17:05:22 UTC
**Body** Baqiiya

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-28 16:53:55 UTC
**Body** Salamun alaykum Akhi, dawlah has a new video humiliating jabhat
dirar and the nusayriyah it will heal much in your watching it bro
the Islamic State is dawlatul BAQIYAH

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-26 00:38:30 UTC
**Call Record** **Type** phone
**Missed** false
**Duration** 28

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-25 23:46:13 UTC
**Body** Bro are u guys almost done?

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-04-25 16:52:52 UTC
**Body** Great thanks

**Author** Muse Muse (100005073430379)
**Sent** 2018-04-25 16:52:45 UTC
**Body** I'll waait



GOVERNMENT
EXHIBIT

Sent. Ex.7

1:19-CR-00025-1-RJJ

United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 8

**Photo Id:**

1003982229780882

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 01:00:02 UTC
  **Body** that's right brother

**Author** Muse Muse (100005073430379)
  **Sent** 2018-07-05 00:42:59 UTC
  **Body** And Inshallah it will be us and our children soon

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:32:21 UTC
  **Body** ina lilahi waina elahi rajioon to Amerul Mu'minin son

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:31:07 UTC
  **Body** Idk if it ain't me at least I want my kids to rule it or be a leader of
        the Mujahideen with wise indeed because we are from Allah and
        we shall return no matter what

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:29:46 UTC
  **Body** I wish Allah could bless me with 1000 kids for dowla wallahi I will
        want them in there Inshaallah wallahi wen it comes to truth I will
        never deny it that's the only state we have

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:28:17 UTC
  **Body** We can't have love for kuffar

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:27:34 UTC
  **Body** Inshaallah wallahi we cant love this ppl is haraam nasty Haraam

**Author** Muse Muse (100005073430379)
  **Sent** 2018-07-05 00:25:51 UTC
  **Body** May Allah make for us the way

**Author** Muse Muse (100005073430379)
  **Sent** 2018-07-05 00:25:42 UTC
  **Body** Same here akhi

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:24:59 UTC
  **Body** my days are coming I want alot of this kuffar dead

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:24:24 UTC
  **Body** Kuffar I want to kill one inshaAllah one day

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-07-05 00:24:01 UTC
  **Body** Wallahi MashaAllah man's of haqq and to be with Allah is better but


GOVERNMENT
EXHIBIT
Sent. Ex.8
1:19-CR-00025-1-RJJ

it makes me angry with this

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:23:12 UTC
**Body**  Even the kuffar are mocking it that's how u kno it's the truth

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:22:46 UTC
**Body**  His son akhi

**Author**  Ibrahim Mohamed Salat (100001566575469)
**Sent**  2018-07-05 00:20:13 UTC
**Body**  Say wallahi

**Author**  Muse Muse (100005073430379)
**Sent**  2018-07-05 00:20:05 UTC
**Body**  Muse sent a photo.
**Attachments**  image-1003538233158615 (1003538233158615)
**Type**  image/jpeg
**Size**  1150771
**URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=1003538233158615&mid=mid.%
24cAAAAB1M67AZqmRS3HlkZ89Z658R3&uid=1
00001566575469&accid=100001566575469&pr
eview=0&hash=AQCVKPXRc-
TJxPFkFpcT60soOM6KUwxorMXqA_U6e_Ea0A

Facebook Business Record                              Page 8774



🌐Middle east ne...
1.6K subscribers

 **Pinned Message**
Photo                                             ✕



The martyrdom of Al shikh
Abu Bakr al-Baghdadi's son
in an anti-Syrian operation
against the Syrian army in
eastern Homs in Syria
🔷 @middleeast24 🔷

**MUTE**

United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 9

Facebook Business Record                                        Page 8740

**Sent**

2018-08-17 04:05:50 UTC

**Body** And indeed Iblis (Satan) did prove true his thought about them, and they followed him, all except a group of true believers (in the Oneness of Allah). (Saba' 34:20)

How can you tell that you are not in a state of loss?
-you need to get 3 things right:

1. Aqeeda must be right
-it cannot be that of the deviants

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:05:46 UTC
**Body** Wallahi Allahu akbarr these munafiqs

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-17 04:04:41 UTC
**Body** Hijrah is the only think that can save us unless we do an istishadi operation on these kuffar

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:03:18 UTC
**Body** Yes that's true but it's crazy how things are changing slow very slow little by little akhii

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-17 04:02:15 UTC
**Body** When they get that fat theses usually no coming back except as allah wishes

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:01:58 UTC
**Body** It's dangerous but no worry we are in darool harb

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:01:16 UTC
**Body** Your right

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-17 04:00:51 UTC
**Body** She's not the first bro

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:00:37 UTC
**Body** But I'll tell you it's current even

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-17 04:00:35 UTC
**Body** And the celebrity shoyokh

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-17 04:00:24 UTC
**Body** Really

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-17 04:00:22 UTC
**Body** Their following there "men"

**GOVERNMENT EXHIBIT**

**Sent. Ex.9**

1:19-CR-00025-1-RJJ

PENGAD 800-631-6989

# United States v. Muse Muse

# 1:19-CR-00025-1

# Sentencing Exhibit 10

**Body**
    Amirul Mumineen said something like that

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:07:51 UTC
  **Body** I jus want to dispatch them to the hellfire

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:06:57 UTC
  **Body** They will kno the JundullAllah don't play

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:06:29 UTC
  **Body** That's how I want to do them soon if there was a one in here

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:06:07 UTC
  **Body** InshaAllah they will jus kno a car pass by for istashahadi operation

**Author** Muse Muse (100005073430379)
  **Sent** 2018-08-31 02:05:14 UTC
  **Body** They'll never no inshallah

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:05:08 UTC
  **Body** I mean don't open your self up for el kuffar to kno

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:04:44 UTC
  **Body** Do open ur self up for el Kuffar to kno ur plans

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:04:19 UTC
  **Body** Hahahheheh inshaAllah slowly move slowly brother do tagiyah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-08-31 02:03:06 UTC
  **Body** Then it would be jihad on their land

**Author** Muse Muse (100005073430379)
  **Sent** 2018-08-31 02:02:52 UTC
  **Body** I'm not surprised lakini I would be pissed if I tried to Somalia and
    they put me on the no fly list,

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:02:32 UTC
  **Body** They even track us

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:02:19 UTC
  **Body** They read all our stuff

**Author** Ibrahim Mohamed Salat (100001566575469)
  **Sent** 2018-08-31 02:02:02 UTC
  **Body** Yes they are they are tightening the web up sheikh Faisal

**Author** Muse Muse (100005073430379)
  **Sent** 2018-08-31 02:01:03 UTC
  **Body** Bro all I'm seeing is going to Somalia right now and I want to tell u

GOVERNMENT
EXHIBIT

Sent. Ex.10

1:19-CR-00025-1-RJJ

more but I was listening to  ex Pentagon guy say how the kuffar have an extremist list so be careful on Facebook dawlah bro  the more Islamic your are the more likely they are watching you

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 02:00:42 UTC
**Body** In this day and age, Muslims go to the best dentist, for their teeth. The best mechanic, for their cars to be fixed. The best doctor, for their heart attack, However, when it comes to Islam, they rather take their Deen from a guessing layman a man who doesn't know Islam at all and they are wicked evil man's who's seeking for fame and fortune out of Islam(Muslims)

This is a sign of(Munafiqq)  hypocrisy because they don't have a love for Islam in their heart.

They see Islam as a side issue and not an important factor. But they don't know the life is nothing it's just a short and a little while..

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 02:00:38 UTC
**Body** Sheikh Faisal

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:59:38 UTC
**Body** Muslims who are at sleep will wake up

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:59:03 UTC
**Body** inshaAllah it will happen the Kuffar will make this happen

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:57:42 UTC
**Body** Hahahhee easy inshaAllah lets jus go to dowla together and do our things there here is jus only us so the bigger the better

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 01:56:47 UTC
**Body** I'm starting to entertain these thoughts

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 01:56:31 UTC
**Body** Bro wallahi bro I've been thinking about getting a rifle and something

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:56:24 UTC
**Body** inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:56:16 UTC
**Body** Wallahi I'm ready to meet Allah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:55:58 UTC
**Body** On this kufarr

**Author** Muse Muse (100005073430379)

**Sent**

2018-08-31 01:55:58 UTC

**Body** Yes Inshallah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:55:44 UTC
**Body** mashaAllah that's good so u can drive that stashahadi car right Alhamdulilah

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-31 01:54:31 UTC
**Body** Wa alaykum salaam akhi, yes im a driver now

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:52:14 UTC
**Body** mashaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:52:07 UTC
**Body** You a driver now

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-31 01:51:58 UTC
**Body** Asalamu Alykum Akhii Congratulations

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-22 14:48:20 UTC
**Body** In the area of labor

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-22 14:47:54 UTC
**Body** 3 floor

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-22 14:46:39 UTC
**Body** Bro what floor are u guys in

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-22 13:59:37 UTC
**Body** Alhamdulillah I'm a man already and yes we at sparrow

**Author** Muse Muse (100005073430379)
**Sent** 2018-08-22 13:59:20 UTC
**Body** Wilil lahil hamd what hospital are y guys at

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-08-22 13:59:04 UTC
**Body** Ibrahim sent a photo.
**Attachments** image-327649364468207 (327649364468207)
**Type** image/jpeg
**Size** 52952
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=327649364468207&mid=mid.%24cAAAAB1M67AZrkzPFSllYe56seuIf&uid=100005073430379&accid=100005073430379&preview=0&hash=AQAWr8tllp6WLDxXQtCXt3UsOW_IGGQFoPvvySaKSPWJVQ

United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 11

**Sent**   2018-11-05 02:53:59 UTC
**Body**   InshaAllah

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-05 02:49:22 UTC
**Body**   As salamu alaykum akhi , could you send me the lecture where sheikh faisal said to buy two tickets .

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 02:16:51 UTC
**Body**   The end of next year

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 02:16:41 UTC
**Body**   This is something we need to talk about face to face, but the mujahid told me that when doing the bayah I need to be holding a copy of the Quran, to be honest akhi I'm not planning to be in this country by the time next year comes

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2018-11-04 02:12:49 UTC
**Body**   Yes I totally understand you akhi same guy as the  other brother said the same thing to me

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:40:52 UTC
**Body**   The mujahid be on duty sometimes and he really seeking shahadah so I feel like I'm on a time limit and that's the reality,

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2018-11-04 01:36:55 UTC
**Body**   I'm not sure but I don't want to be here for long

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:33:57 UTC
**Body**   Inshallah but bro I wanna kno what is the longest your willing to stay here because the door isn't gonna find us we have to go looking for it

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2018-11-04 01:30:30 UTC
**Body**   We make sure and I make sure my kids have this portion on  killing kuffar for fun take em to the blazing fire

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:29:07 UTC
**Body**   Inshallah

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2018-11-04 01:28:09 UTC
**Body**   They will soon know inshaAllah

**Author**   Muse Muse (100005073430379)
**Sent**   2018-11-04 01:27:56 UTC
**Body**   We do not care about this critical blames

**Author**   Ibrahim Mohamed Salat (100001566575469)
**Sent**   2018-11-04 01:27:39 UTC



GOVERNMENT
EXHIBIT

Sent. Ex.11

1:19-CR-00025-1-RJJ

Facebook Business Record                                     Page 2044

**Body** But they just don't know real mans

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:27:25 UTC
**Body** The kuffar don't know this war will not end until we invade their land

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:27:14 UTC
**Body** Criticizing

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:26:58 UTC
**Body** Kufarr are human shaytaan

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:26:38 UTC
**Body** Hahahehe

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:26:13 UTC
**Body** Ohh yeaaa

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:26:04 UTC
**Body** He humiliated the kuffar

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:25:49 UTC
**Body** I work tomorrow akhi, but I'm off Monday, and Yeah that man was featured in dawlah magazine

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:25:13 UTC
**Body** Abu dowla inshaAllah

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:25:02 UTC
**Body** After work we can have a talk

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:24:29 UTC
**Body** Yes akhi

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-04 01:24:09 UTC
**Body** You working tomorrow ?

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:23:03 UTC
**Body** Brother look at ur txt mes

**Author** Ibrahim Mohamed Salat (100001566575469)
**Sent** 2018-11-04 01:22:49 UTC
**Body** I'm good also Alhamdulilah

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-03 15:03:50 UTC

United States v. Muse Muse

1:19-CR-00025-1

Sentencing Exhibit 12

**Sent** 2018-11-11 14:26:46 UTC
**Body** But the kuffar don't want to see

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:26:36 UTC
**Body** All the money they spent was a waste and is know regret, the dawlah is baqiyah

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:26:03 UTC
**Body** There economy us destroyed war has tired them, you should see the lies they tell there people

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:25:30 UTC
**Body** They know very well they didn't destroy the state

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:25:12 UTC
**Body** That's how they deceive themselves

**Author**
**Sent** 2018-11-11 14:25:03 UTC
**Body** They have too much arrogance and stupidity

**Author**
**Sent** 2018-11-11 14:24:39 UTC
**Body** The good news is we know from inside that the kuffar thing they destroyed Aldawlah al islamiyyah

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:24:15 UTC
**Body** Most of them are people blinded by this Dunya.

**Author**
**Sent** 2018-11-11 14:22:49 UTC
**Body** And your friends

**Author**
**Sent** 2018-11-11 14:22:43 UTC
**Body** Be careful your posts

**Author** Muse Muse (100005073430379)
**Sent** 2018-11-11 14:21:48 UTC
**Body** Alhumdullilah, I'm just learning from others, I've come this far I'm not letting the kuffar stop me now, wallahi I never go to jail, it's either hijrah or shahadah.

**Author**
**Sent** 2018-11-11 14:20:15 UTC
**Body** Good thinking Akhi

**Author**
**Sent** 2018-11-11 14:19:23 UTC
**Body** I was going to ask you to do the same thing

**Author**
**Sent** 2018-11-11 14:19:13 UTC

GOVERNMENT EXHIBIT
Sent. Ex. 12
1:19-CR-00025-1-RJJ

**Body**
    SubhanaAllah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:18:54 UTC
  **Body** I'm ready to leave this land, but I'm going to make another account so no munfiqin may connect anything to me, my name on the new account will be Ali al mujahir

**Author**
  **Sent** 2018-11-11 14:17:35 UTC
  **Body** The Rizq will come from baytul Mal Insha'Allah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:17:08 UTC
  **Body** Alhumdullilah , akhi I just need the rizq, do pay for the flight,

**Author**
  **Sent** 2018-11-11 14:16:33 UTC
  **Body** I don't know akhi if you realize how serious it is

**Autho**
  **Sent** 2018-11-11 14:16:01 UTC
  **Body** You are to follow everything the Emir orders to avoid the Eyes of the Munafiqeen

**Author**
  **Sent** 2018-11-11 14:15:32 UTC
  **Body** As soon as your document ready you will get all instruction on how and what to say and how to get out of kufr and get here safe insha'Allah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:15:12 UTC
  **Body** I will pass this on inshallah

**Author**
  **Sent** 2018-11-11 14:15:02 UTC
  **Body** Yes you are ready I believe you this is why I want to help you and you are one of us now

**Author**
  **Sent** 2018-11-11 14:14:43 UTC
  **Body** The will need to serve the Dawlah anywhere with only what they can and they want as long as bayah is made and they don't do anything without request of Tazkiyah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:14:36 UTC
  **Body** For 3 years we talked about leaving for the sake of allah

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:14:20 UTC
  **Body** I have no desire to leave I'm this land

**Author** Muse Muse (100005073430379)
  **Sent** 2018-11-11 14:14:11 UTC
  **Body** I do though