# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. MUSE ABDIKADIR MUSE | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:19-CR-25-01 | 8/10/2021 | 3:00 - 4:16 pm | Grand Rapids | |

### APPEARANCES

| Government: Clay M. West / Christopher O'Connor | Defendant: Sanford Allen Schulman | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: ____

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) ____
of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 78 months
Probation: 
Supervised Release: 10 years
Fine: $ 1,000.00
Restitution: $
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes  __ No
Defendant informed of right to appeal: ✓ Yes  __ No
Counsel informed of obligation to file appeal: ✓ Yes  __ No
Conviction Information:
  Date: 1/7/2020
  By: Plea
  As to Count(s): 1 of the Indictment

**ADDITIONAL INFORMATION:**
Count 2 and 3 dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**

**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell

**Case Manager:** Y.Carpenter